United States District Court
District of Massachusetts

| | |
|---|---|
| FANTASTIC SAMS FRANCHISE CORP., )<br>　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　)<br>FSRO ASSOCIATION, LTD., ET AL., )<br>　　　　Defendants.　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | Civil Action No.<br>11-11485-NMG |

### ORDER

**GORTON, J.**

　　At the conclusion of the hearing this date, the Court took under advisement plaintiff's pending motion to stay an arbitration brought against it by Defendant FSRO Association, Ltd. on behalf of FSRO's members (Docket Nos. 1, 3).

　　At the hearing, Plaintiff asserted for the first time that Defendant lacked standing to bring claims on behalf of 14 of its members whose contracts do not define the term "regional licensee" to include "any person or entity claiming by or through" a regional licensee. Defendant responded that it does not rely on that contractual provision for standing to commence arbitration proceedings on behalf of those regional owners but instead relies on the common law.

　　Upon further consideration, the Court has determined that further briefing on the issue is necessary and therefore directs the parties to submit, on or before the close of business Friday,

-1-

September 30, 2011, a memorandum of law, not to exceed five pages, expounding their respective positions regarding Defendant's standing to commence arbitration proceedings on behalf of either group of regional owners.

The Court is aware of the intervening deadline for selecting an arbitrator and directs the parties to comply with that deadline with the understanding that they do so without prejudice to their rights or this Court's resolution of the pending motion.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated September 23, 2011